United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SHAWNA ALLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHUTTERFLY, INC., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02448-BLF<br><br>**ORDER REQUESTING DISMISSAL OR STATUS UPDATE** |

On April 14, 2021, the Parties in the above-captioned case informed the Court that they anticipated a dismissal within the following three weeks. ECF No. 51. The Court has not received a stipulation of dismissal or status update. Accordingly, the Court REQUESTS the Parties file a dismissal or status update **no later than October 4, 2021**.

**IT IS SO ORDERED.**

Dated: September 20, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge